FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2022

No. 04-21-00450-CV

**INTEGRITY PAIN MANAGEMENT, PLLC**,
Appellant/Cross-Appellee

v.

**DAVIS & ASSOCIATES MEDICAL CONSULTANTS, LLC**,
Appellee/Cross-Appellant

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23848
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellant's Second Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on or before April 1, 2022. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court